FILED

10/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0019

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0019

_____

KRISTINE DAVENPORT,

      Plaintiff and Appellant,

    v.

COUNTY OF LINCOLN, a political subdivision
of the State of Montana; SHERIFF OF COUNTY
OF LINCOLN, State of Montana, and ROBY
BOWE,

      Defendants and Appellees.

                                              O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to Kristine Davenport, to all counsel of record, and to the Honorable Matthew Cuffe, District Judge.

                                For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 28 2020